YURI MIKULKA, State Bar No. 185926
(ymikulka@sycr.com)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Plaintiff and Counter-defendant
NEWEGG INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEWEGG INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>v.<br><br>CHEGG INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>   Defendants.<br><hr>CHEGG INC., a Delaware Corporation,<br><br>   Counterclaimant,<br><br>v.<br><br>NEWEGG INC., a Delaware Corporation,<br><br>   Counter-Defendant. | CASE NO. 2:10-CV-1907-GHK (FFMx)<br><br>Hon. George H. King<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed: March 16, 2010<br>Dept.:   Courtroom 660<br>         Roybal Federal Building<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

DOCSOC/1467508v1/019999-0000

Plaintiff and Counter-Defendant Newegg Inc. ("Newegg") and Defendant and Counterclaimant Chegg Inc. ("Chegg") have entered into a settlement agreement in connection with this action. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Newegg and Chegg hereby stipulate and jointly move the Court to dismiss without prejudice all claims and counterclaims in this action. Each Party will bear its own costs and attorneys' fees.

Respectfully submitted,

FENWICK & WEST LLP

By: _____
Eric Ball
Attorneys for Defendant Chegg, Inc.
DATED: February 22, 2011

STRADLING YOCCA CARLSON & RAUTH

By: _____
Yuri Mikulka
Attorneys for Newegg Inc.
DATED: February 22, 2011