AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following  ☐ Patents or  ☒ Trademarks:

| DOCKET NO.<br>CV10-01907 GHK (FFMx) | DATE FILED | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>NEWEGG INC., a Delaware Corporation | | DEFENDANT<br>CHEGG INC., a Delaware Corporation;<br>and DOES 1-10, inclusive, |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,749,771 | 2/16/10 | Chegg Inc. |
| 2 | 3,191,844 | 1/2/07 | Chegg Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached document |

| CLERK<br>Terry Nafisi | (BY) DEPUTY CLERK<br>*Irene Ramirez* | DATE<br>03/04/2011 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

YURI MIKULKA, State Bar No. 185926
ymikulka@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

JS-6

**FILED: 3/3/11**

Attorneys for Plaintiff and Counter-defendant
NEWEGG INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NEWEGG INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEGG INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>  Defendants.<br><br>———<br><br>CHEGG INC., a Delaware Corporation,<br><br>  Counterclaimant,<br><br>  v.<br><br>NEWEGG INC., a Delaware Corporation,<br><br>  Counter-Defendant. | CASE NO. 2:10-CV-1907-GHK (FFMx)<br><br>Hon. George H. King<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Date Action Filed: March 16, 2010<br>Dept.:   Courtroom 660<br>           Roybal Federal Building<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

[PROPOSED] ORDER

DOCSOC/1467556v1/019999-0000

3

1    Pursuant to the Stipulated Dismissal of Newegg, Inc. and Chegg Inc. filed by
2 the parties, and good cause appearing, IT IS HERBY ORDERED that all claims
3 pled in the Complaint and Counterclaim shall be dismissed without prejudice.
4 Each Party will bear its own costs and attorneys' fees.

5

6 IT IS SO ORDERED.

7

8 Dated:   3/3/11              _____
                                Hon. George H. King
9                               United States District Court Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

1
[PROPOSED] ORDER
DOCSOC/1467556v1/019999-0000
4